IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARIO PATACSIL, JR., <br><br> Defendant. | CR 25-41-GF-WWM-1 <br><br> ORDER |

The Court held a sentencing hearing in this matter on February 18, 2026. (Doc. 34). Prior to sentencing, U.S. Probation Officer Sam Wavra informed the Court that the victim's losses were not ascertainable. Following the victim's allocution, it became clear that losses may be ascertainable in the near future. 18 U.S.C. § 3664(d)(5) provides:

> If the victim's losses are not ascertainable by the date that is 10 days prior to sentencing, the attorney for the Government or the probation officer shall so inform the court, and the court shall set a date for the final determination of the victim's losses, not to exceed 90 days after sentencing. If the victim subsequently discovers further losses, the victim shall have 60 days after discovery of those losses in which to petition the court for an amended restitution order. Such order may be granted only upon a showing of good cause for the failure to include such losses in the initial claim for restitutionary relief.

Accordingly,

**IT IS HEREBY ORDERED** that the United States, on behalf of the victim, or the victim *pro se* or through counsel, shall have until Friday, March 20, 2026, in which to file with this Court a motion seeking a hearing to determine what, if any, restitution the victim is entitled to under law. If such a motion is to be filed, it must be accompanied by support for the specific amount of restitution that the victim believes he is entitled to receive.

If the Court receives a filing on or before March 20, 2026 consistent with this Order, it will set a hearing to determine what, if any, restitution shall be ordered.

The Clerk of Court is directed to notify the parties of the making of this Order.

**IT IS FURTHER ORDERED** that the United States shall provide a copy of this Order to the victim no later than February 23, 2026.

DATED the 19th day of February, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE