**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIO PATACSIL, JR.,<br><br>Defendant. | CR 25-41-GF-WWM-1<br><br><br>ORDER |

The Court held a sentencing hearing in this matter on February 18, 2026. (Doc. 34). At the time of sentencing, the victim's losses were not ascertainable, and the determination of restitution was deferred until the United States, on behalf of the victim, or the victim *pro se* or through counsel, filed a motion to seek a hearing to determine what, if any, restitution the victim is entitled to under law. (Doc. 35 at 6; Doc. 37 at 2). The deadline to file the motion was March 20, 2026. (Doc. 27 at 2). On that date, the United States filed its Memorandum Regarding Restitution (Doc. 40), in which it indicated that it was not seeking restitution, and did not believe that legal authority supported a restitution award. (Doc. 40). The victim has not filed a motion seeking restitution. Accordingly, the Court finds that this matter is resolved, and no restitution will be awarded.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED the 24th day of March, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE